UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| DAVID ALLEN JEFFRIES,<br><br>                    Petitioner,<br><br>v.<br><br>DIRECTOR, TDCJ-CID,<br><br>                    Respondent. | No. 1:19-CV-00050-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this petition for writ of habeas corpus is dismissed with prejudice.

Dated December 18, 2020.

_____
JAMES WESLEY HENDRIX
United States District Judge